**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jaime George LUNA, also known as Jaime Luna, Defendant–Appellant.**

**No. 09–11122**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 22, 2010.

Nancy E. Larson, James Michael Worley, Sr., Esq., Assistant U.S. Attorneys, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Catherine Ann Rushlow Dunnavant, Dunnavant & Associates, P.L.L.C., Arlington, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jaime George Luna has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Luna has filed a response. Our independent review of the record, counsel's brief, and Luna's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.